UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL LEE BECKLEY**                                **CIVIL ACTION**

**VERSUS**                                                          **NO. 22-860**

**TIM HOOPER, WARDEN**                              **SECTION "I" (2)**

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Daniel Lee Beckley, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the petition of Daniel Lee Beckley for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of March, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**